UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MANUEL MARTINEZ, | ) CV 09-9025-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision of the Commissioner is reversed and remanded pursuant to Sentence 4 of 42 U.S.C.§ 405(g).

DATED: September 7, 2010

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE